# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

KENNETH BARBER,          \*

                        \*        No. 19-607V

         Petitioner,     \*        Special Master Christian J. Moran

                        \*

v.                      \*        Filed: May 25, 2021

                        \*

SECRETARY OF HEALTH     \*        Stipulation; Tetanus Diphtheria

AND HUMAN SERVICES,     \*        acellular pertussis ("Tdap") vaccine;

                        \*        pneumococcal conjugate ("PCV")

                        \*        vaccine; Guillain-Barré Syndrome

         Respondent.    \*        ("GBS").

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \*

Diana L. Stadelnikas, Maglio Christopher and Toale, PA, Sarasota, FL, for Petitioner;

Jennifer L. Reynaud, United States Dep't of Justice, Washington, DC, for Respondent.

## UNPUBLISHED DECISION[1]

On May 24, 2021, the parties filed a joint stipulation concerning the petition for compensation filed by Kenneth Barber on April 24, 2019.  Petitioner alleged that the tetanus-diphtheria-acellular pertussis ("Tdap") and pneumococcal conjugate (PCV") vaccines he received on February 21, 2018, which are contained in the Vaccine Injury Table (the "Table"), 42 C.F.R. §100.3(a), caused him to suffer Guillain-Barré syndrome.  Petitioner further alleges that he suffered the residual effects of this injury for more than six months.  Petitioner represents that there has been no prior award or settlement of a civil action for damages on his behalf as a result of his condition.

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this decision on its website.  Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4).  Any redactions ordered by the special master will appear in the document posted on the website.

Respondent denies that petitioner's alleged GBS and residual effects were caused-in-fact by the Tdap or PCV vaccine; and denies that the Tdap and/or PCV vaccine caused petitioner any other injury or his current condition.

Nevertheless, the parties agree to the joint stipulation, attached hereto. The undersigned finds said stipulation reasonable and adopts it as the decision of the Court in awarding damages, on the terms set forth therein.

Damages awarded in that stipulation include:

**A lump sum payment of $62,500.00 in the form of a check payable to petitioner. This amount represents compensation for all damages that would be available under 42 U.S.C. § 300aa-15(a).**

In the absence of a motion for review filed pursuant to RCFC, Appendix B, the clerk is directed to enter judgment according to this decision and the attached stipulation.[2]

**IT IS SO ORDERED**.

> s/Christian J. Moran
> Christian J. Moran
> Special Master

---

[2] Pursuant to Vaccine Rule 11(a), the parties can expedite entry of judgment by each party filing a notice renouncing the right to seek review by a United States Court of Federal Claims judge.